# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RICARDO CARMOUCHE (#130981)**

**VERSUS**

**TIMOTHY HOOPER, ET AL.**

**CIVIL ACTION NO.**

**20-478-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.13) dated December 21, 2020, to which an objection (Doc.16) was filed and considered,

**IT IS ORDERED** that Plaintiff's Motions for Leave to File Amended Complaints (Docs. 6 and 10) are DENIED as futile, the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims, Plaintiff's Motions for Preliminary Injunction (Docs. 7 and 12) are DENIED, Plaintiff's federal claims are DISMISSED, WITH PREJUDICE, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A[1] and that this case shall be CLOSED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel (Doc. 8) is DENIED without prejudice.

---

[1] Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Should this Report and Recommendation be adopted, the Ruling in this matter will constitute a strike.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>January 22, 2021</u>.

                        **JUDGE JOHN W. deGRAVELLES**
                        **UNITED STATES DISTRICT COURT**
                        **MIDDLE DISTRICT OF LOUISIANA**